■ MELISSA LAZAR, Respondent, v BARRY D. LAZAR, Appellant. (Appeal No. 1.) [997 NYS2d 645]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered March 30, 2012 in a divorce action. The order, among other things, awarded plaintiff a money judgment against defendant in the sum of $98,966.91.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Lazar v Lazar* ([appeal No. 3] 124 AD3d 1242 [2015]). Present—Scudder, P.J., Carni, Lindley and Valentino, JJ.